UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

         -v.-                    :
                                      07 CRIM. 581
FRANCISCO VELEZ GOMEZ,           :
     a/k/a "Polin,"
                                 :
              Defendant.
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.  From on or about September 17, 1998, up to and including in or about February 2006, in the Southern District of New York and elsewhere, FRANCISCO VELEZ GOMEZ, a/k/a "Polin," the defendant, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, VELEZ GOMEZ, and others known and unknown, conspired to commit armed robberies of suspected narcotics traffickers and commercial activities that affected interstate commerce.



Overt Acts

2. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about September 17, 1998, FRANCISCO VELEZ GOMEZ, a/k/a "Polin," the defendant, and others known and unknown, forced a male individual into a car at gunpoint and robbed that individual in search of narcotics proceeds.

b. On or about January 9, 2002, FRANCISCO VELEZ GOMEZ, a/k/a "Polin," the defendant, and others known and unknown, stole $29,000 from a commercial business that affected interstate commerce at 572 West 207th Street in New York, New York during a gunpoint robbery.

c. In or about late June 2002, FRANCISCO VELEZ GOMEZ, a/k/a "Polin," the defendant, and others known and unknown, abducted a male individual at gunpoint in the vicinity of Bryant Avenue in the Bronx, New York, and interrogated the individual in an attempt to determine the location of kilograms of narcotics.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

3. In or about late June 2002, in the Southern District of New York, FRANCISCO VELEZ GOMEZ, a/k/a "Polin," the defendant, and others known and unknown, unlawfully, willfully and knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, VELEZ GOMEZ, and others known and unknown, attempted to commit an armed robbery of an individual they believed to be in possession of kilograms of narcotics in the vicinity of Bryant Avenue, Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

The Grand Jury further charges:

4. From on or about September 17, 1998, up to and including in or about February 2006, in the Southern District of New York and elsewhere, FRANCISCO VELEZ GOMEZ, a/k/a "Polin," the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Indictment, did use and carry

firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished during the robberies referenced in Count One.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

FRANCISCO VELEZ GOMEZ,
a/k/a "Polin,"

Defendant.

---

**INDICTMENT**

07 Cr. ___

(Title 18, United States Code,
Section 1951 and Title 18, United States
Code, Section 924(c).)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

6/27/07  Indictment Filed. A/W issued.

Gorenstein J.