# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------X

UNITED STATES of AMERICA,                    Docket No.: **07-CR-581**

        Plaintiff,

     -against-                                        **NOTICE OF APPEARANCE**

FRANCISCO VELEZ GOMEZ                         **Electronically Filed**

        Defendants.

--------------------------------------------------X

     To the Clerk of this Court and all parties of record:

     Enter my appearance as Counsel in this case for:

     **FRANCISCO VELEZ GOMEZ**

     I Certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 12, 2007

*Margaret M. Shalley*
MARGARET M. SHALLEY, ESQ.   (MS4180)
FASULO, SHALLEY & DiMAGGIO, LLP
225 Broadway, Suite 715
New York, NY 10007
(212) 566-6212
(212) 566-8165 (fax)